UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-268-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMETRIUS SAMEUL KING | ) | |
|     a/k/a "Meat" | ) | |

Upon unopposed motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to DEMETRIUS SAMEUL KING, also known as "Meat," be changed to reflect the proper identification of the defendant as DEMETRIUS SAMUEL KING.

IT IS SO ORDERED, this the  25th   day of  July   , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge